### 97–2182. Disciplinary Counsel v. Kurtz.

On May 20, 1998, this court indefinitely suspended respondent, Phillip Kurtz, pursuant to Gov.Bar R. V(6)(B)(2). On September 30, 1998, relator, Disciplinary Counsel filed a motion for order to appear and show cause, requesting the court to issue an order requiring respondent to appear and show cause why he should not be held in contempt for failure to comply with this court's May 20, 1998 order. Respondent did not respond to the motion. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that the motion be, and hereby is, granted. It is further ordered that respondent appear in person before this court on Tuesday, December 15, 1998, at 9:00 a.m.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).

Douglas, J., would issue a show cause order only.

### 97–2647. Cleveland Bar Assn. v. Shafran.

On May 13, 1998, this court suspended respondent, Michael Shafran, for two years, stayed the entire suspension, and placed respondent on probation on conditions. On October 2, 1998, movant, Disciplinary Counsel, filed a motion for order to appear and show cause why respondent should not be held in contempt for failing to obey this court's May 13, 1998 order. Respondent did not file a response to the motion. Upon consideration thereof,

IT IS ORDERED by this court that the motion be, and is hereby granted to the extent that respondent show cause by filing a written response with the Clerk of this court on or before twenty days from the date of this order why respondent should not be held in contempt.

IT IS FURTHER ORDERED, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED, *sua sponte*, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Office.

Douglas, J., dissents.